DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

NGUYEN, QUANG KY

           Debtor(s)

Chapter 13
Case No.  16-52743 MEH

TRUSTEE'S OBJECTION TO CONFIRMATION
WITH CERTIFICATE OF SERVICE

341 Meeting Date: NOVEMBER 7, 2016 @ 10:30 AM
Confirmation Hearing Date: DECEMBER 2, 2016
Confirmation Hearing Time: 11:00 AM
Place: 280 S. 1st Street Room 3020
       San Jose, CA
Judge: M. Elaine Hammond

Devin Derham-Burk, Trustee in the above matter, objects to the Confirmation of this Plan for the following reasons:

1. The Trustee is unable to determine if the plan is in compliance with 11 U.S.C. §1325(a)(4). Schedule A lists Debtor's real property at 2469 Renfield Way, San Jose, CA 95148 with a fair market value of $800,000.00. The Trustee requests that the Debtor obtain a broker's opinion as to the current value of the real property. The broker's opinion must include a detailed description of the property (i.e. square footage, lot size, number of bedrooms/bathrooms, condition,) and must include copies of the documentation used to determine the value.

2. The Trustee is unable to determine if the plan is in compliance with 11 U.S.C. §1325(a)(4). The Trustee requests a copy of the grant deed for the real property located at 2469 Renfield Way, San Jose, CA 95148.

3. The plan is not feasible pursuant to 11 U.S.C. §1325(a)(6). Section 1.01 of the Chapter 13 Plan indicates that Debtor shall make plan payments of $225.00 per month for 60 months. This amount is not enough to cover secured debt, priority debt, attorney fees and Trustee's fees and the unsecured pool due to general unsecured creditors in the amount of $7,932.67.

4. The Trustee is unable to determine if the Plan is in compliance with the liquidation test 11 U.S.C. § 1325(a)(4). The Debtor has listed a 2004 Toyota Sienna on Schedule A/B with a current value of $2,475.00. The Debtor must provide the Trustee with written documentation to support the value of $2,475.00. The written documentation must include a detailed description of the subject vehicle (i.e. year, make, model, approximate mileage, condition,) and must include copies of the documentation used to determine the value.

5. The Debtor has failed to comply with 11 U.S.C. §521(e)(2)(A)(i) and (B), in that he has not provided the Trustee with a copy of *Schedule B* of his 2015 federal income tax return. Until the Debtor provides the requested information, the Trustee is unable to perform her duties under 11 U.S.C. §1302(b)(1) (incorporating 11 U.S.C. §704(a)(4)) and is unable to recommend confirmation.

6. In order to assist the Trustee in determining whether the disposable income test in 11 U.S.C. §1325(b)(1)(B) is met, the Trustee requests that the Debtor provide her with a copy of each federal income tax return and W-2 form required under applicable law with respect to each tax year of the Debtor ending while the case is pending confirmation. The tax return shall be provided to her at the same time it is filed with the taxing authority.

//

7. The Trustee is unable to determine whether the Debtor's Chapter 13 Plan complies with 11 U.S.C. §1325(a)(4). The Trustee's has filed an Objection to Debtor's Claim of Exemptions which must be resolved prior to the Trustee recommending confirmation.

Dated: November 1, 2016   /S/ Devin Derham-Burk
_____
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Confirmation by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 1, 2016.

Said envelopes were addressed as follows:

| | |
|---|---|
| QUANG KY NGUYEN<br>2469 RENFIELD WAY<br>SAN JOSE CA 95148 | LAW OFFICES OF DAVID A BOONE<br>1611 THE ALAMEDA<br>SAN JOSE CA 95126 |

/S/ Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee