DEVIN DERHAM-BURK #104353
CHAPTER 13 STANDING TRUSTEE
P O Box 50013
San Jose, CA 95150-0013

Telephone: (408) 354-4413
Facsimile:  (408) 354-5513

Trustee for Debtor(s)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF CALIFORNIA - DIVISION 5

In re:

NGUYEN, QUANG KY

Debtor(s)

Chapter 13
Case No.  16-52743 MEH

TRUSTEE'S OBJECTION TO DEBTOR'S CLAIM OF EXEMPTIONS WITH CERTIFICATE OF SERVICE

Judge: M. Elaine Hammond

Devin Derham-Burk, Trustee in the above matter, objects to the Debtor's claim of exemptions for the following reasons:

1. The Debtor has incorrectly claimed as exempt $3,575.00 in motor vehicles under C.C.P. §704.010.  The total amount allowed under this section is $3,050.00.

If the objection to exemption is not resolved within sixty (60) days, a hearing will be set pursuant to B.L.R. 9014-1(c)(1).

Dated: November 1, 2016

/S/ Devin Derham-Burk
_____
Chapter 13 Trustee

# CERTIFICATE OF SERVICE BY MAIL

I declare that I am over the age of 18 years, not a party to the within cause; my business address is 983 University Ave. C-100, Los Gatos, California 95032. I served a copy of the within Trustee's Objection to Debtor's Claim of Exemptions by placing same in an envelope in the U.S. Mail at Los Gatos, California on November 1, 2016.

Said envelopes were addressed as follows:

| QUANG KY NGUYEN | LAW OFFICES OF DAVID A BOONE |
| 2469 RENFIELD WAY | 1611 THE ALAMEDA |
| SAN JOSE CA 95148 | SAN JOSE CA 95126 |

/S/ Chaovalai Chulasawan
Office of Devin Derham-Burk, Trustee